Babak Kheiri (SBN: 302656)
babak@bdinjurylawgroup.com
**B & D LAW GROUP, APLC**
10700 Santa Monica Blvd., Suite 200
Los Angeles, California 90025
Telephone:  (310) 424-5252
Facsimile:   (310) 492-5855
Attorneys for Plaintiff
ERNESTO FLORES

RILEY SAFER HOLMES & CANCILA LLP
Jeffrey R. Williams (CSB# 084156)
jwilliams@rshc-law.com
David W. Kempen (CSB# 345980)
dkempen@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO FLORES,<br><br>                    Plaintiff,<br>     v.<br><br>RYOBI LIMITED, et al,<br><br>                    Defendants. | Case No. 2:23-cv-06678-HDV-Ex<br><br>**JOINT RULE 26(f) REPORT**<br><br><u>Scheduling Conference</u><br><br>Date:  October 11, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 5B<br>          350 W. 1st Street<br>          Los Angeles, CA 90012<br><br>Honorable Hernan D. Vera |

Pursuant to the Court's Order Setting Scheduling Conference (Dkt. 8), Section B, Plaintiff and Defendant, through their respective counsel, submit the following Joint Rule 26(f) Report in anticipation of the Scheduling Conference.

### 1. STATEMENT OF THE CASE.

#### a. Factual Background

This case arises out of a product malfunction which took place on May 14, 2021 in Los Angeles, California. Plaintiff purchased from Defendant a Ryobi P515 One Plus 18V Cordless Lithium-Ion Reciprocating Saw hereinafter ("saw").  On the date of the incident, the saw malfunctioned and Plaintiff sustained significant injuries as a result.

#### b. Procedural History

On or about May 12, 2023, attorneys for Plaintiff Ernesto Flores commenced an action against Defendant by filing with the Clerk of the Los Angeles County Superior Court a summons and complaint. Service of the summons and complaint on Home Depot U.S.A., Inc. was completed on or about July 20, 2023. On August 15, 2023, Defendant filed its Answer to Plaintiff's Complaint in the Los Angeles County Superior Court.  On the same date, Defendant filed a motion to remand pursuant to 28 U.S.C. §§ 1332 and 1441(b).

### 2. SUBJECT MATTER JURISDICTION.

This Court has original jurisdiction pursuant to 28 U.S.C. §1332; the amount in controversy exceeds $75,000 and the parties are citizens of different states. At the time the action was filed in state court, Plaintiff was, and is a citizen and resident of the State of California whereas Home Depot U.S.A, Inc. was, and is, incorporated in the state of Delaware, with its principal place of business in Atlanta, Georgia.

### 3. LEGAL ISSUES.

This is a products liability matter.  Legal issues involve whether Defendant was negligent and the proper amount of general and special damages to compensate Plaintiff for the harm he suffered as a result of the incident.

///

**4. PARTIES, EVIDENCE, ETC.**

- Parties: Plaintiff, Ernesto Flores and Defendant, Home Depot U.S.A., Inc.
    - Defendant's counsel has indicated that it will answer for and represent Defendant Techtronic Industries North America, Inc. when properly served.
        - Plaintiff has requested that Defense counsel accept service for Defendant Techtronic Industries North America, Inc.
    - Defendant's counsel will not represent Techtronic Industries Companies Limited, over which Defendant's counsel contends there is no personal jurisdiction.
        - Plaintiff is awaiting and is yet to receive any declaration and/or law to support Defendant's position on this matter.
    - Defense counsel further indicated that "Ryobi" is a brand by which Home Depot U.S.A., Inc. owns the license and will not appear as a separate Defendant in this lawsuit.  Plaintiff is awaiting a declaration regarding the same to proceed. .
- Percipient witnesses: Plaintiff Ernesto Flores; Mayely Quiroz; Angel Flores; Fernando Gonzalez; Marcella Viveros.  PMK/PMQ(s) of Defendants.
- Key Documents:
    - The defective saw. (Including the saw itself and photos/videos of the same.)
    - Photographs/video of the bodily injury Plaintiff suffered and his status prior to the incident.
    - Documentation evidencing warnings/instructions for consumer use; safety inspections/testing of the saw; recall; advertisement/sale of the saw and design/manufacture/distribution of the saw.

**5. DAMAGES**.

The damages in this case are currently estimated to be $10,000,000.

**6. INSURANCE.**

The Defendant is self-insured with excess insurance sufficient to cover any potential settlement or judgment.  Plaintiff has requested that the insurance amounts to be divulged and is yet to receive a response.

3

**7. MOTIONS.**

    **(a) PROCEDURAL MOTIONS.**

Presently, the parties anticipate only a motion for protective order regarding documentation held by Defendants.

    **(b) DISPOSITIVE MOTIONS.**

To be determined at a later time.

    **(c) CLASS CERTIFICATION MOTION.**

This case is not brought as a putative class action, and does not require class certification.

**8. DISCOVERY.**

    **(a) STATUS OF DISCOVERY.**

The parties have not begun conducting discovery. The parties anticipate disputes regarding the production of documents. Defendant has indicated requiring a protective order to release certain documents in this case.

    **(b) DISCOVERY PLAN.**

Plaintiff anticipates the following discovery will be needed: written discovery and depositions of Defendant's PMQ(s). The parties have stipulated to proceed with discovery pursuant to the *California Code of Civil Procedure* as it relates to the completion of discovery in this case.

The parties have agreed that subpoenas issues for medical records will be limited to body parts at issue and for a period of ten (10) years prior to the date of the incident. The parties have also agreed that an observer may be present during Plaintiff's Defense Medical Exam.

    **(c) DISCOVERY CUT-OFF.**

Initial disclosures will be made by October 25, 2023. The proposed discovery cut-off date is October 22, 2024.

    **(d) EXPERT DISCOVERY.**

Plaintiff's proposed date for initial expert witness disclosures is October 29, 2024. Plaintiff's proposed date for rebuttal expert witness disclosures is November 12, 2024.

Plaintiff's proposed date for expert discovery cut-off under Rule 26(a)(2) is November 26, 2024.

**(e) SETTLEMENT CONFERENCE / ALTERNATIVE DISPUTE RESOLUTION (ADR).**

The parties have agreed to private mediation. Plaintiff is open to a settlement conference with a Magistrate.

**(f) TRIAL**

**i.   TRIAL ESTIMATE**

The parties anticipate a ten (10) to fourteen (14) day jury trial.

**ii.   JURY OR COURT TRIAL**

Jury Trial.

**iii.   CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE**

The parties are opposed to trying the case before a Magistrate Judge.

**iv.   LEAD TRIAL COUNSEL**

Trial counsel for Plaintiff will be Michael Geoola and Babak Kheiri. Trial counsel for the Defendant will be Jeffrey R. Williams.

**(g) INDEPENDENT EXPERT OR MASTER**

At this time, the parties do not believe this is a case where the Court should appoint a master pursuant to Rule 53 or an independent scientific expert.

**(h) OTHER ISSUES**

Defendant has indicated requiring a protective order for the release of certain documents in this case. Plaintiff believes that a protective order is not necessary for this matter. This dispute regarding protective orders may require intervention by the Court.

Dated:                                         B&D LAW GROUP, APLC

*/s/ Babak Kheiri*
BABAK KHEIRI
Attorney for Plaintiff,
Ernesto Flores

| | |
|---|---|
| Dated: | RILEY SAFER HOLMES & CANCILA LLP |
| | */s/ Jeffrey R. Williams*<br>Jeffrey R. Williams<br>David W. Kempen<br>Attorneys for Defendant,<br>Home Depot U.S.A., Inc. |

Pursuant to L.R. 5-4.3.4(a)(2)(i) all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

| | |
|---|---|
| Dated: | B&D LAW GROUP, APLC |
| | */s/ Babak Kheiri*<br>BABAK KHEIRI<br>Attorney for Plaintiff,<br>Ernesto Flores |

6

# JUDGE HERNAN D. VERA
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

*Note:* Hearings shall be on Thursdays at 10:00 a.m.
Other dates can be any day of the week.

| Case No. 2:23-cv-06678-HDV-Ex | | Case Name: Flores, Ernesto v. Ryobi Limited, et al. | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | **Timing** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Check one: [X] Jury Trial or [ ] Court Trial (***Tuesday*** at 9:00 a.m.) Estimated Duration: 10-14 Days | Within 18 months after Complaint filed | 02/11/2025 | | [ ] Jury Trial [ ] Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] (***Tuesday*** at 10:00 a.m.) | 21 days before trial | 01/21/2025 | | |
| Hearing on Motions in Limine | 28 days before trial | 01/16/2025 | | |
| **Event** | **Weeks After Scheduling Conference** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to ***Hear*** Motion to Amend Pleadings / Add Parties | 6 | 11/23/2023 | | |
| **Event** | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Fact Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 22 | 10/22/2024 | | |
| Expert Disclosure (Initial) | 21 | 10/29/2024 | | |
| Expert Disclosure (Rebuttal) | 19 | 11/12/2024 | | |
| Expert Discovery Cut-Off | 17 | 11/26/2024 | | |
| Last Date to ***Hear*** Motions | 11 | 12/17/2024 | | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one: [ ] 1. Magistrate Judge *(with Court approval)* [ ] 2. Court's Mediation Panel [X] 3. Private Mediation | 6 | 12/10/2024 | | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |

| Event | Weeks **Before** FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>Declarations containing Direct Testimony, if ordered *(court trial only)* | 4 | 12/19/2024 | | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 01/12/2025 | | |